**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | **12-MD-02311** <br> **Civil Action No. 1:08-cv-6910** |
| **IN RE: WIRE HARNESS CASES** | **Honorable Marianne O. Battani** |
| **THIS RELATES TO:** <br> **ALL DIRECT PURCHASER CASES** <br> **ALL DEALERSHIP CASES** <br> **ALL END-PAYOR CASES** | **W: 12-CV-00101-MOB-MKM** <br> **W: 12-CV-00102-MOB-MKM** <br> **W: 12-CV-00103-MOB-MKM** |

## NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

PLEASE TAKE NOTICE that on June 20, 2014, pursuant to and in accordance with 28 U.S.C. § 1715(b), Defendants Lear Corporation and Kyungshin-Lear Sales and Engineering, LLC caused notification of the proposed class action settlements with the Direct Purchaser, Automobile Dealer, and End-Payor classes[1] in this action to be provided to each of the appropriate federal and state officials by first class mail through the U.S. Postal Service.

Dated:  June 23, 2014          Respectfully submitted,

/s/ Jeffrey G. Heuer            /s/ Howard B. Iwrey
Jeffrey G. Heuer               Howard B. Iwrey
Peter M. Falkenstein          Dante Stella
JAFFE, RAITT, HEUER & WEISS, P.C.   DYKEMA GOSSETT PLLC
27777 Franklin Road, Ste. 2500     39577 Woodward Avenue
Southfield, MI  48034          Bloomfield Hills, MI 48304
(248) 351-3000               (248) 203-05626
jheuer@jaffelaw.com          hiwrey@dykema.com
pfalkenstein@jaffelaw.com     dstella@ dykema.com

---

[1] Kyungshin-Lear Sales and Engineering, LLC is a named defendant in only two of the putative class actions—the "Dealership Cases" (Case No. 12-CV-102) and the "End-Payor Cases" (Case No. 12-CV-103)—and thus only served notice as to those two settlements.

Wm. Parker Sanders
SMITH, GAMBRELL & RUSSELL LLP
1230 Peachtree Street, N.E., Suite 3100
Atlanta, GA  30309
(404) 815-3684
psanders@sgrlaw.com

*Counsel for Kyungshin-Lear Sales and Engineering, LLC*

Andrew S. Marovitz
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL  60606
(312) 782-0600
amarovitz@mayerbrown.com
bmiller@mayerbrown.com

*Counsel for Lear Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I, Howard B. Iwrey, an attorney, hereby certify that on June 23, 2014, I caused a true and correct copy of the foregoing **NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**, to be filed and served electronically via the Court's CM/ECF system.  Notice of this filing will be sent to all parties of record by operation of the court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

/s/ Howard B. Iwrey
Howard B. Iwrey
Dante Stella
DYKEMA GOSSETT PLLC
39577 Woodward Avenue
Bloomfield Hills, MI 48304
(248) 203-05626
hiwrey@dykema.com
dstella@ dykema.com