# EXHIBIT 2

# EXHIBIT 2

## AUTOMOTIVE PARTS ANTITRUST LITIGATION, 12-MD-02311, WIRE HARNESS PRODUCTS, 2:12-CV-00101-MOB-MKM, 2:14-cv-13773-MOB-MKM

### REQUESTS FOR EXCLUSION FROM THE DIRECT PURCHASER SETTLEMENT CLASSES

| | |
|---|---|
| **FORD**<br>Ford Motor Company<br>Ford Motor Company of Canada Limited<br>Ford Motor Company S.A. de C.V.<br><br>**FUJIKURA AUTOMOTIVE EUROPE SAU**<br><br>**MKEM, SPOL. S.R.O.**<br><br>**ICOM NORTH AMERICA, LLC**<br><br>**SEIREN NORTH AMERICA, LLC, DBA VISCOTEC AUTOMOTIVE PRODUCTS, LLC**<br><br>**NISSAN MOTOR CO., LTD.**<br><br>**TOYOTA**<br>Toyota North America, Inc.<br>Toyota Motor North America, Inc.<br>Toyota Motor Engineering & Manufacturing North America, Inc.<br>Toyota Motor Manufacturing, Mississippi, Inc.<br>Toyota Motor Manufacturing, Indiana, Inc.<br>Toyota Motor Manufacturing, Kentucky, Inc.<br>Toyota Motor Manufacturing<br>Toyota Motor Corporate Service<br>Toyota Motors of America<br>Toyota Motor Manufacturing of Baja California S.de. RL de C.V.<br>Toyota Motor Manufacturing, West Virginia, Inc.<br>Toyota Motor Manufacturing, Alabama, Inc.<br>Toyota Motor Manufacturing, Texas, Inc.<br>Toyota Motor Manufacturing, Canada<br>Toyota Motor Corporation<br>Toyota Motor Engineering<br>New United Motor Manufacturing, Inc. | **GENERAL MOTORS**<br>General Motors LLC<br>General Motors Company<br>General Motors Holdings LLC<br><br>**SUBARU OF INDIANA AUTOMOTIVE, INC.**<br><br>**FCA**<br>FCA US LLC<br>Chrysler Group LLC<br>FCA Italy S.p.A.<br>Fiat Group Automobiles S.p.A.<br>Chrysler Corporation<br>Daimler Chrysler Corporation<br>DaimlerChrysler Company<br>Chrysler LLC<br>New CarCo Acquisition LLC<br>Old CarCo LLC<br>Chrysler Group LLC<br><br>**HONDA**<br>American Honda Motor Co., Inc.<br>Honda of America Manufacturing, Inc.<br>Honda R&D Americas, Inc.<br>Honda Manufacturing of Alabama, LLC<br>Honda Manufacturing of Indiana, LLC<br>Honda Canada Inc.<br>Honda of Canada Mfg.<br>Honda de Mexico S.A. de C.V. |

{00171584 }