# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| _____ : | |
| **In Re: AUTOMOTIVE PARTS** : | **12-md-02311** |
| **ANTITRUST LITIGATION** : | **Honorable Marianne O. Battani** |
| _____: | |
| : | |
| **In Re: WIRE HARNESS CASES** : | |
| _____: | |
| : | |
| **THIS DOCUMENT RELATES TO:** : | **2:12-cv-00101-MOB-MKM** |
| **ALL DIRECT PURCHASER ACTIONS** : | |
| _____ : | |

**NOTICE AND CLAIM FORM**

**NOTICE OF PROPOSED SETTLEMENTS OF DIRECT PURCHASER CLASS ACTION WITH FURUWAKA AND MITSUBISHI ELECTRIC DEFENDANTS AND HEARING ON:**

**(1)    APPROVAL OF PROPOSED SETTLEMENTS;**

**(2)    PLAN OF DISTRIBUTION OF THE FURUKAWA AND MITSBUSHI ELECTRIC SETTLEMENT FUND; AND**

**(3)    MOTION OF SETTLEMENT CLASS COUNSEL FOR ATTORNEYS' FEES AND COSTS AND EXPENSES.**

TO:    ALL PERSONS AND ENTITIES WHO PURCHASED WIRE HARNESS PRODUCTS IN THE UNITED STATES DIRECTLY FROM A DEFENDANT AND/OR ANY CURRENT OR FORMER SUBSIDIARY, JOINT VENTURE, OR AFFILIATE OF ANY DEFENDANT DURING THE PERIOD FROM JANUARY 1, 2000 THROUGH DECEMBER 13, 2016.

PLEASE READ THIS ENTIRE NOTICE CAREFULLY. YOUR LEGAL RIGHTS MAY BE AFFECTED BY LITIGATION NOW PENDING IN THIS COURT.

**WHAT IS THE PURPOSE OF THIS NOTICE AND WHY WAS IT SENT TO ME?**

This Notice is given pursuant to Rule 23 of the Federal Rules of Civil Procedure and an

Order of the United States District Court for the Eastern District of Michigan, Southern Division

(the "Court"). The purpose of this Notice is to inform you of a hearing before the Court to consider:

(1)     Proposed settlements with Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc. (together, "Furukawa"), and Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc. (collectively, "Mitsubishi Electric") (all defendants referenced in this paragraph collectively, the "Settling Defendants").

(2)     A plan for distributing the proceeds of the Furukawa and Mitsubishi Electric settlements to Settlement Class members, and a proposed Claim Form that you must submit in order to share in the Furukawa and Mitsubishi Electric Settlement Fund (unless you submitted one in connection with the previously approved settlements in this case); and

(3)     Settlement Class Counsel's motion for an award of attorneys' fees and reimbursement of their litigation costs and expenses.

This Notice provides information concerning the proposed Furukawa and Mitsubishi Electric settlements, the proposed plan of distribution, and the motion for an award of attorneys' fees and litigation costs and expenses. The Notice also advises you of your rights to: participate in the settlement claims process; exclude yourself from either or both of the Settlement Classes; and object to the terms of the proposed settlements, the plan of distribution, and/or the motion for an award of fees and expenses in connection with the Court hearing on these matters.

## **BACKGROUND**

You were previously notified of the existence of this class action, the nature of the Plaintiffs' claims, and settlements in this litigation with the Lear, G.S. Electech, Tokai Rika, Chiyoda, Fujikura, LEONI, Sumitomo and Yazaki Defendants totaling $102,736,240.10. The Court has granted final approval to each of those settlements and has approved Plaintiffs' proposed plan for distribution of the net settlement proceeds attributable to those settlements.

Plaintiffs have now reached settlements with Furukawa (($19,000,000) and Mitsubishi Electric ($680,320) totaling $19,680,320 (combined, the "Furukawa and Mitsubishi Electric

Settlement Fund"). The Court has preliminarily approved these settlements and has provisionally certified Settlement Classes with respect to each of them. When the Furukawa and Mitsubishi Electric Settlement Fund is added to the amounts of the eight previously approved settlements, the total of all settlements reached in this case is $122,416,560.10, plus accruing interest. As discussed below, the Furukawa Settlement Agreement is subject to rescission based upon valid and timely requests for exclusion by Furukawa Settlement Class members.

This case is part of coordinated legal proceedings involving a number of parts used in motor vehicles. This case and the proposed settlements, however, relate solely to Wire Harness Products purchased **directly** from a Defendant and/or any current or former subsidiary, joint venture, or affiliate of any Defendant. These proceedings do not relate to, and have no effect upon, cases involving any other product or purchaser.

Wire Harnesses are electrical distribution systems used to direct and control electronic components, wiring, and circuit boards in motor vehicles. "Wire Harness Products," for purposes of each of the proposed settlements, means Wire Harnesses and the following related products: automotive electrical wiring, lead wire assemblies, cable bond, automotive wiring connectors, automotive wiring terminals, high voltage wiring, electronic control units, fuse boxes, relay boxes, junction blocks, power distributors, and speed sensor wire assemblies used in motor vehicles.

If you purchased one or more Wire Harness Products in the United States directly from any of the Defendants identified below and/or any current or former subsidiary, joint venture, or affiliate of any Defendant during the period from January 1, 2000 through December 13, 2016 (the "Class Period"), you may be a member of either or both of the Furukawa and Mitsubishi Electric Settlement Classes, and have the rights and options summarized here:

- You may remain in either or both of the Furukawa and/or Mitsubishi Electric Settlement Classes and be eligible to share in the proceeds of, and be bound by the terms of, those settlements in which you elect to remain;

- You may exclude yourself from either or both of the Furukawa and/or Mitsubishi Electric Settlement Classes, in which case you will **not** be bound by any settlement from which you exclude yourself and will **not** be eligible to share in the proceeds of that settlement;

- If you remain in either of the Furukawa or Mitsubishi Electric Settlement Classes, you may object in writing to that proposed settlement and appear at the hearing (personally or through your own counsel (at your own expense)) where the Court will consider whether the proposed settlements should be approved as fair, adequate, and reasonable;

- If you remain in either of the Furukawa or Mitsubishi Electric Settlement Classes, you may object in writing to the proposed plan of distribution and/or to Settlement Class Counsel's motion for attorneys' fees and reimbursement of litigation costs and expenses, and you may appear at the hearing where the Court will consider these matters;

- You may enter an appearance in the litigation through your own counsel at your own expense; and

- Any Settlement Class member who wishes to participate in the distribution of the Furukawa and Mitsubishi Electric Settlement Fund may either rely on a valid Claim Form that it previously submitted in connection with the previously approved settlements or may instead submit a Claim Form that would relate only to the Furukawa and Mitsubishi Electric settlements. Any Settlement Class member that chooses the latter option must complete and submit a copy of the Claim Form included with this Notice, postmarked no later than _____, 2018.

## WHO IS IN THE SETTLEMENT CLASSES?

The Court has provisionally certified Direct Purchaser Furukawa and Mitsubishi Electric Settlement Classes for purposes of disseminating notice of the proposed settlements.

The Furukawa Settlement Class is defined as:

> All individuals and entities (excluding Defendants and their present and former parents, subsidiaries, joint ventures and affiliates) that purchased Wire Harness Products in the United States directly from one or more Defendants, any current or former subsidiary, joint venture, or affiliate of any Defendant, or any alleged co-conspirator of one or more of the Defendants, during the period from January 1, 2000 through December 13, 2016.

The Mitsubishi Electric Settlement Class is defined as:

> All individuals and entities who purchased Wire Harness Products in the United States directly from one or more Defendants (or their subsidiaries, affiliates, or joint ventures) from January 1, 2000 through December 13, 2016. Excluded from the Settlement Class are Defendants, their present and former parent companies, subsidiaries, and affiliates, federal governmental entities and instrumentalities of the federal government, and states and their subdivisions, agencies and instrumentalities.

For purposes of each of the Settlement Class definitions set forth above, the following entities are Defendants: Chiyoda Manufacturing Corporation; Denso Corporation; Denso International America, Inc.; Fujikura Ltd.; Fujikura Automotive America LLC; Furukawa Electric Co., Ltd.; American Furukawa, Inc.; Furukawa Wiring Systems America, Inc. f/k/a Furukawa Lear Corporation and Lear Furukawa Corporation; G.S. Electech, Inc.; G.S. Wiring Systems Inc.; G.S.W. Manufacturing, Inc.; Lear Corporation; LEONI Wiring Systems, Inc.; Leonische Holding Inc.; Mitsubishi Electric Corporation; Mitsubishi Electric US Holdings, Inc.; Mitsubishi Electric Automotive America, Inc.; Sumitomo Electric Industries, Ltd.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; Sumitomo Wiring Systems (U.S.A.), Inc.; Tokai Rika Co., Ltd.; TRAM, Inc.; Yazaki Corporation; and Yazaki North America, Inc.

The Court has appointed Plaintiffs Paesano Connecting Systems, Inc.; Craft-Co Enterprises, Inc.; Findlay Industries, Inc.; Cesar-Scott, Inc.; Martinez Manufacturing, Inc.; South Star Corporation; and ACAP, L.L.C., f/k/a Aguirre, Collins & Aikman Plastics, LLC to serve as "Class Representatives" for the Furukawa and Mitsubishi Electric Settlement Classes. The Court has appointed the law firms of Freed Kanner London & Millen LLC; Kohn, Swift & Graf, P.C.; Preti, Flaherty, Beliveau & Pachios LLP; and Spector Roseman Kodroff & Willis, P.C. to serve as "Settlement Class Counsel" for the Settlement Classes.

## WHAT IS THIS LITIGATION ABOUT?

Beginning in 2011, class action lawsuits were filed against Defendants by Plaintiffs, who are direct purchasers of Wire Harness Products in the United States. Plaintiffs allege that Defendants entered into a conspiracy to suppress and eliminate competition for Wire Harness Products by agreeing to rig bids for, and to raise, fix, stabilize, or maintain the prices of, Wire Harness Products, in violation of federal antitrust laws. Plaintiffs further allege that because of the conspiracy, they and other direct purchasers of Wire Harness Products in the United States have been injured by paying more for those products than they would have paid in the absence of the alleged illegal conduct, and they seek recovery of treble damages, together with reimbursement of costs and an award of reasonable attorneys' fees.

Each of the Settling Defendants denies Plaintiffs' allegations and has agreed to settle this matter to avoid the expense and burden of further litigation. This is a settlement with the Settling Defendants only. Plaintiffs are continuing to prosecute the case against the remaining non-settling Defendants, Denso Corporation and Denso International America, Inc.

## WHAT RELIEF DO THE PROPOSED SETTLEMENTS PROVIDE?

Plaintiffs, on behalf of the Furukawa Settlement Class, have entered into a settlement with Furukawa dated May 16, 2018, under which Furukawa has agreed to pay $19,000,000. The Settlement Agreement gives Furukawa the right to withdraw from the settlement based upon valid and timely requests for exclusion by members of the Furukawa Settlement Class. Furukawa has also agreed to cooperate with Plaintiffs in the prosecution of the lawsuit against the remaining Defendants.

Plaintiffs, on behalf of the Mitsubishi Electric Settlement Class, have entered into a settlement with Mitsubishi Electric dated March 12, 2018, under which Mitsubishi Electric has

agreed to pay $680,320. Mitsubishi Electric has also agreed to cooperate with Plaintiffs in the prosecution of the lawsuit against the remaining Defendants.

The nature and extent of the cooperation agreed to by each of the Settling Defendants is described in detail in their respective Settlement Agreements. Copies of the Agreements are on file with the Clerk of Court and available on-line at **www.autopartsantitrustlitigation.com**. Each Settling Defendant has agreed to provide some forms of cooperation that are expressly agreed upon in their respective Settlement Agreements and may include: (a) the production of documents, data and other information potentially relevant to Plaintiffs' claims; (b) assistance in understanding information produced to Plaintiffs and facilitating the use of such information at trial; (c) meetings between Settlement Class Counsel and the attorneys for the respective Settling Defendant who will provide information relevant to the claims in this litigation; (d) witness interviews; (e) depositions; and (f) declarations.

Settlement Class Counsel agreed to the proposed settlements to ensure a fair and reasonable resolution to this matter, and to provide benefits to the members of the Furukawa and Mitsubishi Electric Settlement Classes. The proposed settlements reflect the existence of complex, contested issues of law and fact; the risks inherent in such complex litigation; the likelihood that in the absence of settlement, future proceedings would take several years and be extremely costly; and the magnitude of the benefits resulting from the settlements in light of the possible range of recovery that could be obtained through further litigation, including the risk of no recovery. Settlement Class Counsel believe that it is in the best interests of the Settlement Classes to enter into the proposed settlements to resolve this litigation as to the Settling Defendants.

This Notice is only a summary of the terms of the proposed settlements. The Settlement Agreements contain other important provisions, including releases of certain claims against the Settling Defendants. You may examine the Agreements, which are on file with the Clerk of Court and available on-line at **www.autopartsantitrustlitigation.com**, for the complete terms of the settlements. The proposed settlements must receive final approval by the Court in order to become effective.

If you are a member of the Furukawa Settlement Class or the Mitsubishi Electric Settlement Class and the proposed settlement that relates to that Settlement Class is approved and becomes effective, you will be bound by its terms, including the release provisions. If you wish to object to approval of either of the Furukawa and Mitsubishi Electric settlements you may do so, but only in accordance with the procedures set forth below. If you do not object to a settlement, you do not need to take any action at this time to indicate your support for, or lack of objection to, that settlement.

**HOW DO I REMAIN IN A SETTLEMENT CLASS AND WHAT HAPPENS IF I DO, AND HOW DO I FILE A CLAIM FORM?**

You were previously asked to decide whether you wanted to remain in the Lear, G.S. Electech, Tokai Rika, Chiyoda, Fujikura, LEONI, Sumitomo, and Yazaki Settlement Classes. With respect to each of those Settlement Classes, you are bound by whatever decisions you previously made.

If you are a member of the Furukawa or Mitsubishi Electric Settlement Class, you will automatically remain in that Settlement Class unless you elect to be excluded. If you wish to remain in a Settlement Class, you do not need to take any action at this time; your interests will be represented by the Class Representatives and by Settlement Class Counsel. If you remain in a Settlement Class, you will be eligible to share in the proceeds of that settlement.

If you submitted a valid Claim Form in connection with the previously approved Lear, G.S. Electech, Tokai Rika, Chiyoda, Fujikura, LEONI, Sumitomo, or Yazaki settlements, you may submit a new Claim Form at this time, but you are not required to do so because the information from your original Claim Form will be used to determine the amount of your share of the Furukawa and Mitsubishi Electric Settlement Fund.  If you believe you have additional information that you did not include in your previously submitted Claim Form, you may submit a Claim Form with that additional information.  If you did not submit a valid Claim Form in connection with the previously approved settlements and would like to share in the proceeds of the Furukawa and Mitsubishi Electric Settlement Fund, or if you wish to submit additional information, then you must submit a Claim Form postmarked by _____, 2018. Any Settlement Class member that did not previously submit a valid Claim Form and does not complete and timely submit a valid Claim Form at this time will not be entitled to share in Furukawa and Mitsubishi Electric settlement proceeds.

If you remain in either the Furukawa Settlement Class or the Mitsubishi Electric Settlement Class and the proposed settlement with that Defendant is approved and becomes effective, you will be bound by its terms, including the release provisions, whether or not you receive a share of the settlement proceeds attributable to that settlement.

## HOW WILL THE SETTLEMENT FUNDS BE DISTRIBUTED?

The Furukawa and Mitsubishi Electric Settlement Fund, with accrued interest, less any amounts approved by the Court for payment of attorneys' fees and litigation and administration costs and expenses (the "Net Furukawa and Mitsubishi Electric Settlement Fund"), will be distributed among the members of the Settlement Classes who have either (1) previously submitted a valid Claim Form in connection with the Lear, G.S. Electech, Tokai Rika, Chiyoda,

Fujikura, LEONI, Sumitomo, and Yazaki settlements and have not elected to exclude themselves from the Furukawa and Mitsubishi Electric Settlement Classes, or (2) completed and timely submitted a valid Claim Form postmarked by _____, 2018 and have not elected to exclude themselves from the Furukawa and Mitsubishi Electric Settlement Classes. The Net Furukawa and Mitsubishi Electric Settlement Fund will be distributed *pro rata* to all Claimants based upon their **direct** purchases in the United States from Defendants and/or any current or former subsidiary, joint venture, or affiliate of any Defendant from January 1, 2000 through December 13, 2016. The distribution will take place as soon as practicable after review, analysis, and audit of the Claim Forms by the Settlement Administrator and approval by the Court of the Settlement Administrator's recommendations as to the amounts to be paid to the Claimants.

**Please do not dispose of any document that reflects any payments for your direct purchases of Wire Harness Products in the United States from any Defendant (and/or their current or former subsidiaries, affiliates, or joint ventures) during the period from January 1, 2000 through December 13, 2016. You may need those documents to complete and substantiate your Claim Form, which will be subject to inquiry and verification.**

**WHAT IF I DO NOT WANT TO REMAIN IN A SETTLEMENT CLASS?**

You may exclude yourself from either or both of the Settlement Classes. If you wish to exclude yourself from either or both of the Furukawa or Mitsubishi Electric Settlement Classes, you must send a request for exclusion, in writing, via certified mail, return receipt requested, **postmarked no later than _____, 2018**, to Settlement Class Counsel and to counsel for the Settling Defendants, at the addresses set forth below on page ___, and to the following address:

10

Wire Harness Products Direct Purchaser Antitrust Litigation
P.O. Box 5110
Portland, OR 97208-5110

Your request for exclusion must identify the Settlement Class or Classes from which you are seeking exclusion and must include the full name and address of the purchaser (including any predecessor or successor entities and any trade names).  You are also requested to identify the Defendant(s) and/or their current or former subsidiary(ies), joint venture(s), or affiliate(s) from which you purchased Wire Harness Products during the Class Period, the Wire Harness Products you purchased, and the dollar amount of your purchases.  If you validly exclude yourself from either of the Furukawa or Mitsubishi Electric Settlement Classes, you will not be bound by any decision concerning that Settlement Class, and you may pursue individually any claims you may have against that Defendant (at your own expense), but you will not be eligible to share in the settlement proceeds attributable to that Defendant.

## REQUEST FOR ATTORNEYS' FEES AND EXPENSES

The Court has appointed the law firms identified above (on page __) as Settlement Class Counsel.  These law firms, together with other firms that have worked on this litigation, will file a motion for an award of attorneys' fees and reimbursement of their costs and expenses incurred in prosecuting the case.  The request of Settlement Class Counsel for attorneys' fees will not exceed one-third (33 1/3 percent) of the proceeds of the Furukawa and Mitsubishi Electric Settlement Fund.

The application for attorneys' fees and litigation costs and expenses will be filed on or before _____, 2018.  If you remain in either of the Furukawa or Mitsubishi Electric Settlement Classes, and you wish to object to the requests for attorneys' fees and litigation costs and expenses, you must do so in writing in accordance with the procedures for objections set

forth below.  If you do not oppose any of these requests, you do not need to take any action in that regard.

**WHEN WILL THE COURT CONSIDER THESE MATTERS AND HOW CAN I TELL THE COURT WHAT I THINK?**

The Court will hold a hearing on _____, 2018, at _____ __.m., at the Theodore Levin United States Courthouse, 231 West Lafayette Boulevard, Detroit, MI 48226, Courtroom 737 (or such other courtroom as may be assigned for the hearing), to determine whether to approve:  the proposed Furukawa and Mitsubishi Electric settlements; the proposed plan of distribution of the Furukawa and Mitsubishi Electric Settlement Fund; and Settlement Class Counsel's request for an award of attorneys' fees and litigation costs and expenses from the Furukawa and Mitsubishi Electric Settlement Fund.  The hearing may be rescheduled, and the courtroom assigned for the hearing may be changed, without further notice to you.  Please check **www.autopartsantitrustlitigation.com** for any updated information about the hearing.

If you remain a member of either the Furukawa or the Mitsubishi Electric Settlement Classes and you wish to object to that proposed settlement, or to the proposed plan of distribution of the Furukawa and Mitsubishi Settlement Fund, or to Settlement Class Counsel's request for an award of attorneys' fees and litigation costs and expenses, you must do so in writing and at your own expense.  Any such objection must include the caption of this litigation, must be signed, must identify the settlement to which you object, and must be **filed no later than _____, 2018**, with the Clerk of Court, United States District Court for the Eastern District of Michigan, Southern Division, Theodore Levin United States Courthouse, 231 West Lafayette Boulevard, Detroit, MI 48226, and mailed to the following counsel, **postmarked no later than _____, 2018**:

Steven A. Kanner
FREED KANNER LONDON
   & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL  60015
Telephone: (224) 632-4500

Joseph C. Kohn
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 238-1700

Gregory P. Hansel
PRETI, FLAHERTY, BELIVEAU
   & PACHIOS LLP
One City Center, P.O. Box 9546
Portland, ME  04112-9546
Telephone: (207) 791-3000

Eugene A. Spector
SPECTOR ROSEMAN KODROFF
   & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300

*Co-Lead Counsel for the Direct Purchaser Settlement Class*

Jack E. Pace III
John H. Chung
David H. Suggs
Demetra Frawley
WHITE & CASE
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: (212) 819-8200

Terrence J. Truax
Charles B. Sklarsky
Michael T. Brody
Gabriel A. Fuentes
Daniel T. Fenske
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 923 2904

Larry S. Gangnes
Heidi B. Bradley
LANE POWELL PC
U.S. Bank Centre
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000

*Counsel for the Mitsubishi Electric Defendants*

Kenneth R. Davis II
Darin M. Sands
Masayuki Yamaguchi
Peter D. Hawkes
LANE POWELL PC
MODA Tower
601 SW Second Avenue, Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100

*Counsel for the Furukawa Defendants*

If you do not object to either of the Furukawa and Mitsubishi Electric settlements, or to any of the related matters set forth above, you do not need to appear at the hearing or take any other action at this time.  **You must, however, complete and timely submit the Claim Form (if you have not already done so) if you wish to share in the distribution of the Furukawa and Mitsubishi Electric Settlement Fund.**

**WHAT SHOULD I DO IF I WANT ADDITIONAL INFORMATION OR IF MY ADDRESS CHANGES?**

If this Notice reached you at an address other than the one on the mailing label, or if your address changes, please send your correct address to:

> Wire Harness Products Direct Purchaser Antitrust Litigation
> P.O. Box 5110
> Portland, OR 97208-5110

The Settlement Agreements, Complaint, and other public documents filed in this litigation are available for review during normal business hours at the offices of the Clerk of Court, United States District Court for the Eastern District of Michigan, Southern Division, Theodore Levin United States Courthouse, 231 West Lafayette Boulevard, Detroit, MI 48226. Copies of the Settlement Agreements and certain other documents relevant to this litigation are available at **www.autopartsantitrustlitigation.com**.  In addition, all documents filed in the case may be obtained through the Public Access to Court Electronic Records system, after registration and payment of the required fees.  Questions concerning the proposed settlements, this Notice, or the litigation may be directed to any of the Settlement Class Counsel identified above.

**Please do not contact the Clerk of the Court or the Judge.**

Dated: _____, 2018          BY ORDER OF:

The United States District Court for the Eastern District of Michigan, Southern Division

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____
                                                    :
**In Re:  AUTOMOTIVE PARTS**          :          **Case No. 12-md-02311**
**ANTITRUST LITIGATION**                :          **Honorable Marianne O. Battani**
_____:
                                                    :
**In Re: WIRE HARNESS CASES**        :
_____:
                                                    :
**THIS DOCUMENT RELATES TO:**      :          **2:12-cv-00101-MOB-MKM**
**ALL DIRECT PURCHASER ACTIONS** :
_____ :

## CLAIM FORM

**Important Notice to Purchasers of Wire Harness Products**
**Please Read This Entire Document Carefully**

**TO BE ELIGIBLE TO SHARE IN THE DISTRIBUTION OF THE PROCEEDS OF SETTLEMENTS**
**WITH THE FURUKAWA AND MITSUBISHI ELECTRIC DEFENDANTS YOU MUST COMPLETE AND**
**MAIL THIS CLAIM FORM, POSTMARKED ON OR BEFORE _____, 2018, OR HAVE**
**PREVIOUSLY SUBMITTED A VALID CLAIM FORM IN CONNECTION WITH PRIOR SETTLEMENTS**
**IN THIS LITIGATION**

### Instructions for Completing Claim Form

If you are a direct purchaser of Wire Harness Products (and have not excluded yourself
from the Furukawa and Mitsubishi Electric Settlement Classes), you may be entitled to share in
the distribution of the proceeds of settlements with Defendants Furukawa Electric Co., Ltd. and
American Furukawa, Inc. (collectively, "Furukawa"), and Defendants Mitsubishi Electric
Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive
America, Inc. (collectively, "Mitsubishi Electric") (the "Furukawa and Mitsubishi Electric
Settlement Fund").

To receive your share of the Furukawa and Mitsubishi Electric Settlement Fund, you
must either have previously submitted a valid Claim Form in connection with the prior
settlements with the Lear, G.S. Electech, Tokai Rika, Chiyoda, Fujikura, LEONI, Sumitomo and
Yazaki Defendants, or you must submit a timely and valid Claim Form in accordance with the
instructions set forth herein postmarked no later than _____, 2018.  If you submitted a
Claim Form in connection with the prior settlements and received a distribution from the Wire
Harness Settlement Fund, you may submit a Claim Form at this time, but are not required to do
so, because the information from your original Claim Form will be used to determine the amount
of your distribution from the proceeds of the Furukawa and Mitsubishi Electric Settlement Fund.
If you believe you have additional information that you did not include in your previously

submitted Claim Form, then you may submit a Claim Form with that additional information. If you did not previously submit a Claim Form in connection with the prior settlements and would like to share in the proceeds of the Furukawa and Mitsubishi Electric settlements, then you must submit a Claim Form postmarked by _____, 2018.

Please note that if you have chosen to be excluded from the Furukawa Settlement Class, you may not participate in the distribution of the portion of the Furukawa and Mitsubishi Electric Settlement Fund attributable to the Furukawa settlement, and if you chose to be excluded from the Mitsubishi Electric Settlement Class, you may not participate in the distribution of the portion of the Furukawa and Mitsubishi Electric Settlement Fund attributable to the Mitsubishi Electric settlement.

Eligibility: You are eligible to submit a claim seeking to share in the distribution of the Wire Harness Settlement Fund if, during the period from January 1, 2000 to December 13, 2016, you purchased one or more Wire Harness Products in the United States **directly** from one or more of the following companies and/or their current or former subsidiaries, joint ventures, or affiliates: (1) Chiyoda Manufacturing Corporation; (2) Denso Corporation; (3) Denso International America, Inc.; (4) Fujikura Ltd.; (5) Fujikura Automotive America LLC; (6) Furukawa Electric Co., Ltd.; (7) American Furukawa, Inc.; (8) Furukawa Wiring Systems America, Inc. f/k/a Furukawa Lear Corporation and Lear Furukawa Corporation; (9) G.S. Electech, Inc.; (10) G.S. Wiring Systems Inc.; (11) G.S.W. Manufacturing, Inc.; (12) Lear Corporation; (13) LEONI Wiring Systems, Inc.; (14) Leonische Holding Inc.; (15) Mitsubishi Electric Corporation; (16) Mitsubishi Electric US Holdings, Inc.; (17) Mitsubishi Electric Automotive America, Inc.; (18) Sumitomo Electric Industries, Ltd.; (19) Sumitomo Wiring Systems, Ltd.; (20) Sumitomo Electric Wiring Systems, Inc.; (21) K&S Wiring Systems, Inc.; (22) Sumitomo Wiring Systems (U.S.A.), Inc.; (23) Tokai Rika Co., Ltd.; (24) TRAM, Inc.; (25) Yazaki Corporation; or (26) Yazaki North America, Inc.

For purposes of each of the proposed settlements, "Wire Harnesses" are electrical distribution systems used to direct and control electronic components, wiring, and circuit boards in motor vehicles. "Wire Harness Products" means Wire Harnesses and the following related products: automotive electrical wiring, lead wire assemblies, cable bond, automotive wiring connectors, automotive wiring terminals, high voltage wiring, electronic control units, fuse boxes, relay boxes, junction blocks, power distributors, and speed sensor wire assemblies used in motor vehicles.

**Submission of Claim**: Each Claim Form must be signed and Certified by you (the claimant) or a person authorized to act on your behalf, and must be **postmarked no later than _____, 2018**, and addressed to:

> Settlement Administrator
> Wire Harness Products Direct Purchaser Antitrust Litigation
> PO Box 5110
> Portland, OR 97208-5110

Do **not** send your Claim Form to the Court or to any of the parties or their counsel. If you receive multiple copies of the Claim Form, complete only one Claim Form covering all of

your qualifying purchases.  Do not submit more than one claim, and do not submit duplicate claims.

**Confirmation of Receipt of Claim**:  The receipt of a claim will **not** be confirmed or acknowledged automatically by the Settlement Administrator.  If you wish to have confirmation that your Claim Form has been received, send it by certified mail, return receipt requested.

**Photocopies of Form**:  A claim may be submitted on a photocopy of the Claim Form.  Other forms, or altered versions of the Claim Form, will not be accepted.  Additional copies of the Claim Form may be requested from the Settlement Administrator and also may be obtained on-line at www.autopartsantitrustlitigation.com.

**Completion and Support of Claim**:  Please type or neatly print all requested information.  Failure to complete all parts of the Claim Form may result in denial of the claim, may delay processing, or may otherwise adversely affect your claim.  All information submitted in a Claim Form is subject to further inquiry and verification.  The Settlement Administrator may ask you to provide supporting information.  Failure to provide requested information also may delay, adversely affect, or result in denial of the claim.

The Claim Form asks for certain information relating to your purchases of Wire Harness Products, as well as an explanation of the available documentation (such as account statements and extracts of books and records) that supports your claimed purchases.

**ONLY INCLUDE IN YOUR CLAIM FORM PURCHASES OF WIRE HARNESS PRODUCTS THAT YOU MADE IN THE UNITED STATES *DIRECTLY* FROM ONE OR MORE OF THE COMPANIES LISTED ABOVE UNDER THE "ELIGIBILITY" HEADING, AND/OR THEIR CURRENT OR FORMER SUBSIDIARIES, JOINT VENTURES OR AFFILIATES, DURING THE PERIOD FROM JANUARY 1, 2000 TO DECEMBER 13, 2016.**

**Claims of Separate Entities**:  Each corporation, trust, or other business entity making a claim must submit its claim on a separate Claim Form.

**Taxpayer Identification Number**:  A Claim Form is not complete without the federal taxpayer identification number of the claimant.

**Identity of Contact Person**:  Provide the name, telephone number and e-mail address of the person to be contacted about the information in your Claim Form.

**Assistance**:  If you have any questions about your claim, you may contact the Settlement Administrator at the above address.  You may also contact your own attorney or other person to assist you, at your own expense.

**Keep a copy**:  You should keep a copy of your completed Claim Form for your records.  You should also retain all of your documents and records relating to **direct** purchases of Wire Harness Products in the United States from any of the listed companies and/or their current or former subsidiaries, joint ventures, or affiliates during the period from January 1, 2000 to

December 13, 2016.  As part of the claims administration process, you may be required to verify certain information about your Wire Harness Products purchases, such as which Wire Harness Products you purchased, the dollar amount(s) purchased, the date(s) of the purchases, and the company(ies) from which you directly purchased the Wire Harness Products.  If verification of your purchases is sought as part of the claims administration process, you may need to submit purchase records to verify your claim.

**NOTICE REGARDING SOLICITATIONS FROM CLAIMS ASSISTANCE COMPANIES:  THERE ARE COMPANIES THAT WRITE OR CALL CLASS MEMBERS AND OFFER THEIR SERVICES IN FILING CLAIM FORMS OR PROVIDING OTHER INFORMATION ABOUT POTENTIAL RECOVERY OF MONIES IN CLASS ACTIONS IN EXCHANGE FOR A PORTION OF ANY SETTLEMENT FUNDS THAT THE CLASS MEMBER MAY ULTIMATELY RECOVER.  PLEASE BE ADVISED THAT THESE COMPANIES ARE NOT AFFILIATED WITH PLAINTIFFS, DEFENDANTS OR COUNSEL FOR PLAINTIFFS OR DEFENDANTS, AND YOU DO NOT NEED TO USE ONE OF THOSE COMPANIES TO ASSIST YOU OR HELP YOU IN FILING A CLAIM.**

**[CLAIM FORM STARTS NEXT PAGE]**

## CLAIM FORM

**I.        IDENTITY OF CLAIMANT**

Indicate below your (the claimant's) name and mailing address.  Please note:  Correspondence concerning your claim will be directed to you at your mailing address.  **You should notify the Settlement Administrator promptly if your address changes after you have submitted this Claim Form.**

Name: _____

Address: _____

City: _____   State: _____   Zip Code: _____ - _____

Country: _____   E-Mail Address: _____

Claimant is a (Check one):

___ Corporation    ___ Individual    ____Trustee in Bankruptcy    ___ Partnership

___ Other (specify, and provide the name and address of the
              person or entity on whose behalf you are acting):

Name: _____

Address: _____

City: _____   State: ____   Zip Code: _____ - _____

Country: _____   E-Mail Address: _____

**II.       CONTACT PERSON**

Indicate below the person to be contacted regarding this claim and the person's telephone numbers and e-mail address:

Name: _____

_____      _____      _____      _____
Area Code      Telephone No. (Day)          Area Code      Telephone No. (Evening)

_____      _____
Area Code      Fax Number

E-Mail Address: _____

If it is different from the claimant's address stated above, provide the contact person's address:

5

Address: _____

City:_____ State: _____ Zip Code: _____ -_____

**PLEASE PROMPTLY NOTIFY THE SETTLEMENT ADMINISTRATOR OF ANY CHANGE IN THE ADDRESSES AND TELEPHONE NUMBERS SET FORTH ABOVE.**

## III.  YOUR PURCHASES

On the attached Schedule of Purchases worksheet, list the total amount of **direct** purchases of Wire Harness Products in the United States from each company listed above and/or their current or former subsidiaries, joint ventures, or affiliates for each year during the period from January 1, 2000 to December 13, 2016. **The purchase amounts must be the net amounts paid after deducting any discounts, rebates, price reductions, taxes, delivery and freight charges. Purchases from companies that are not listed above should <u>not</u> be included.**

When records are available to allow you to calculate and document the dollar amount of your purchases, you must base your purchase information on those records. You must identify those records (e.g., invoices, purchase journals, accounts payable journals, etc.) in the Section entitled "Proof of Purchases."

When records are **not** available, you may submit purchase information based on estimates. If you do submit your purchase information based on estimates, you must explain in the Proof of Purchases section why documents are not available to you and why the estimate is reasonable. In the explanation of how you calculated the estimated purchases, you must identify the documents you used as a basis for your estimates. Estimates can be based on extrapolation from similar circumstances in analogous contexts in the same year (for which you have documentation), or extrapolation from the same or nearly the same circumstances, but in other years (for which you have documentation), or from reports of actual or estimated vehicle production and your records or estimates of the value of Wire Harness Products content per vehicle. For example, if you have no records allowing you to calculate your purchases in 2004, you may calculate those purchases by using available records, dated as close to that year as possible (e.g., 2003 or 2005), adjusting for appropriate volume differences and any inflationary unit costs. If you are using sales data and trends to estimate your purchases, you must explain your calculations and retain the documentation used for your calculations until the claims review process has been completed.

## IV.  PROOF OF PURCHASES

List and identify below those records (e,g., invoices, purchase journals, accounts payable journals, etc.) you used to calculate your claimed purchases. If you based your claim on estimates, list and identify below those records (e.g., invoices, purchase journals, sales journals, accounts payable journals, etc.) you used as the basis of your estimates, and explain how you calculated your estimated payments.

_____

_____

_____

_____

_____

_____

_____

_____

_____

Your claim is subject to audit by the Settlement Administrator and you may, at a later time, be required to provide copies of some or all of the underlying documentation supporting your claim.  Therefore, please retain your documentation until the claims review process has been completed.

**V.**　　　**CLAIMS BASED UPON ASSIGNMENT OR TRANSFER**

If the claimant on whose behalf this claim is being submitted acquired from some other person or entity (as assignee, transferee, successor or otherwise) the rights that are the basis of the claim being made, please check the box below and attach copies of legal documents that support the acquisition of the claimant's claim.

_____ Yes - This claim is based upon an assignment or transfer and I have attached copies of supporting legal documents.

**VI.**　　　**EXCLUSION FROM SETTLEMENT CLASS**

Identify any Settlement Class from which you excluded yourself.  Specify Furukawa, Mitsubishi Electric, or both, as appropriate, or enter none.

_____

_____

_____

**VII.**　　　**SUBSTITUTE FORM W-9**

Each claimant must provide the information requested in the following box.  If the correct information is not provided, a portion of any payment that the claimant may be entitled to receive from the Furukawa and Mitsubishi Electric Settlement Fund may be withheld.

**<u>Request for Federal Taxpayer Identification Number and Certification</u>**

Claimant's federal taxpayer identification number is:

_____     or     _____
Employer Identification Number                   Social Security Number
(for corporations, trusts, etc.)                      (for individuals)


Name of taxpayer whose identification number is written above:

_____

I certify that the above taxpayer is **NOT** subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code.

NOTE:  If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the word **"NOT"** in the previous sentence.

Under penalty of perjury, I certify that the foregoing information is true and correct.

Dated: _____          _____
                                                      (signature)


                                                     _____
                                                      (printed name)

Instructions regarding IRS Form W-9 are available at the Internal Revenue Service website at http://www.irs.gov.

## VIII.     <u>CERTIFICATION</u>

I, _____, declare under penalty of perjury that the information contained in this Claim Form is true and correct to the best of my knowledge and belief, that I am authorized to sign and submit this claim on behalf of the claimant, that the specific purchases of Wire Harness Products listed were made by the claimant **directly** from one or more of the companies listed and/or their current or former subsidiaries, joint ventures, or affiliates, that the claimant is a member of either the Furukawa or Mitsubishi Electric settlement class and has not requested exclusion from both of those settlement classes, that this claim is the only claim being submitted by the claimant, that the claimant does not know of any other claim being submitted for the same purchases, that the claimant has not transferred or assigned its claims, and that I have read the accompanying Instructions and the Notice of Proposed Settlement and Hearing.  Claimant submits to the exclusive jurisdiction of the United States District Court for the Eastern District of Michigan for the purpose of investigation or discovery (if necessary) with respect to this claim and any proceeding or dispute arising out of or relating to this claim.  The filing of a false claim is a violation of the criminal laws of the United States and may subject the violator to appropriate criminal penalties.

Date: _____, 2018          _____
                                                              (signature)

                                              _____
                                                        (Print your name here)

                                              _____
                                              (Title or position [if claimant is not an individual])

**THIS CLAIM FORM MUST BE SENT TO THE FOLLOWING ADDRESS, POSTMARKED NO LATER THAN _____, 2018:**

>       Settlement Administrator
>       Wire Harness Products Direct Purchaser Antitrust Litigation
>       PO Box 5110
>       Portland, OR 97208-5110

A Claim Form received by the Settlement Administrator shall be deemed to have been submitted when posted if it is mailed by _____, 2018, a postmark is indicated on the envelope, and it is mailed and addressed in accordance with the above instructions. In all other cases, the Claim Form shall be deemed to have been submitted when actually received by the Settlement Administrator.

You should be aware that it will take a significant amount of time to process all of the Claim Forms and to administer the Settlement Fund. This work will be completed as promptly as time permits, given the need to review each Claim Form.

**ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME. THANK YOU FOR YOUR PATIENCE.**

Reminder Checklist:

1.      Please sign the Claim Form on page ___.

2.      Please be sure that **all** required information has been provided.

3.      Your claim may be subject to review and verification by the Settlement Administrator. Accordingly, you should maintain all of the documentation supporting your claim until the claims review process has been completed.

4.      Keep a copy of the completed Claim Form for your records.

5.      If you desire an acknowledgment of receipt of your claim, please send it by certified mail, return receipt requested.

6.      If you move after submitting your Claim Form, please promptly send the Settlement Administrator your new address.

If you have any questions concerning this Claim Form or need additional copies, contact the Settlement Administrator at: Wire Harness Products Direct Purchaser Antitrust Litigation PO Box 5110, Portland, OR 97208-5110, or at 1- 800_____. Copies of the Claim Form also may be obtained online at www.autopartsantitrustlitigation.com.

# SCHEDULE OF PURCHASES

**Please fill out ONE Worksheet for EACH YEAR in which you directly purchased Wire Harness Products in the United States during the Class Period (January 1, 2000 to December 13, 2016). Enter the year of the purchases in the space provided. You may make as many copies of the blank Worksheet as necessary to list your purchases for each year. If you need more space to list your purchases for any year, please use an additional Worksheet.**

**NAME OF CLAIMANT** _____     **YEAR** _____

| Company Purchased From [1] | Products Purchased [2] | Amount Purchased [3] |
|---|---|---|
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |

---

[1] Identify the specific company or companies and/or their current or former subsidiaries, joint ventures or affiliates from which you directly purchased Wire Harness Products: (1) Chiyoda Manufacturing Corporation; (2) Denso Corporation; (3) Denso International America, Inc.; (4) Fujikura Ltd.; (5) Fujikura Automotive America LLC; (6) Furukawa Electric Co., Ltd.; (7) American Furukawa, Inc.; (8) Furukawa Wiring Systems America, Inc. f/k/a Furukawa Lear Corporation and Lear Furukawa Corporation; (9) G.S. Electech, Inc.; (10) G.S. Wiring Systems Inc.; (11) G.S.W. Manufacturing, Inc.; (12) Lear Corporation; (13) LEONI Wiring Systems, Inc.; (14) Leonische Holding Inc.; (15) Mitsubishi Electric Corporation; (16) Mitsubishi Electric US Holdings, Inc.; (17) Mitsubishi Electric Automotive America, Inc.; (18) Sumitomo Electric Industries, Ltd.; (19) Sumitomo Wiring Systems, Ltd.; (20) Sumitomo Electric Wiring Systems, Inc.; (21) K&S Wiring Systems, Inc.; (22) Sumitomo Wiring Systems (U.S.A.), Inc.; (23) Tokai Rika Co., Ltd.; (24) TRAM, Inc.; (25) Yazaki Corporation; and (26) Yazaki North America, Inc. Purchases from companies that are not listed should not be included.

[2] List the specific Wire Harness Products purchased.

[3] List the dollar amount of **direct purchases** of Wire Harness Products in the United States from each of the companies listed above for the year in question. The purchase amounts must be the net amounts paid after deducting any discounts, rebates, taxes, delivery and freight charges.

| | | ($) |
|---|---|---|
| | | ($) |
| | | ($) |
| | | ($) |

**TOTAL FOR YEAR:**   ($) _____