REDACTED

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS SYSTEMS | Case No. 2:12-cv-00101 |
| THIS DOCUMENT RELATES TO:<br>ALL DIRECT PURCHASER ACTIONS | |

## JOINT MOTION TO STAY ALL PROCEEDINGS BETWEEN DIRECT PURCHASER PLAINTIFFS AND DENSO

Direct Purchaser Plaintiffs ("DPPs") and Defendants DENSO Corporation and DENSO International America, Inc., ("DENSO") [REDACTED] DPPs and DENSO move for an immediate stay of all proceedings [REDACTED] (the "Stay"). The Stay would include, *inter alia*:

- A stay of any ruling on DENSO's Motion for Reconsideration of Denial of Motion for Summary Judgment (ECF Nos. 519-520);

- A stay of further briefing and any ruling on DENSO's Motion for Leave to File a Supplemental Motion for Summary Judgment (ECF No. 545).

The Stay would not apply to motions to seal and will have no effect on the proceedings between DPPs and other Defendants.

DATED: September 5, 2018

/s/ David H. Fink
David H. Fink (P28235)
Darryl Bressack (P67820)
Nathan J. Fink (P75185)
FINK + ASSOCIATES LAW
38500 Woodward Ave; Suite 350

REDACTED

Bloomfield Hills, MI 48304
(248) 971-2500

*Interim Liaison Counsel for the Direct Purchaser Plaintiffs*

Steven A. Kanner
William H. London
Michael E. Moskovitz
FREED KANNER LONDON
  & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL  60015
Telephone:  (224) 632-4500

Joseph C. Kohn
William E. Hoese
Douglas A. Abrahams
KOHN, SWIFT & GRAF, P.C.
1600 Market Street; Suite 2500
Philadelphia, PA  19107
Telephone:  (215) 238-1700

Gregory P. Hansel
Randall B. Weill
Michael S. Smith
PRETI, FLAHERTY, BELIVEAU
  & PACHIOS LLP
One City Center, P.O. Box 9546
Portland, ME  04112-9546
Telephone:  (207) 791-3000

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
SPECTOR ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone:  (215) 496-0300

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

<u>/s/ Steven F. Cherry (with consent)</u>
Steven F. Cherry
David P. Donovan
Brian C. Smith
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
steven.cherry@wilmerhale.com
david.donovan@wilmerhale.com
brian.smith@wilmerhale.com

*Counsel for DENSO Corporation and DENSO International America, Inc*

REDACTED

                                            Steven M. Zarowny (P33362)
                                            General Counsel
                                            DENSO International America, Inc.
                                            24777 Denso Drive
                                            Southfield, MI 48033
                                            Telephone:  (248) 372-8252
                                            steve_zarowny@denso-diam.com

                                            *Attorney for Defendant DENSO International America, Inc.*

REDACTED

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2018, I electronically filed the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.

                                                  FINK + ASSOCIATES LAW

                                                  By: /s/Nathan J. Fink
                                                  David H. Fink (P28235)
                                                  Darryl Bressack (P67820)
                                                  Nathan J. Fink (P75185)
                                                  38500 Woodward Ave; Suite 350
                                                  Bloomfield Hills, MI  48304
                                                  (248) 971-2500
                                                  nfink@finkandassociateslaw.com