# **EXHIBIT 2**

# EXHIBIT 2

## AUTOMOTIVE PARTS ANTITRUST LITIGATION, 12-MD-02311, WIRE HARNESS PRODUCTS, 2:12-CV-00101-MOB-MKM

### REQUESTS FOR EXCLUSION FROM THE DIRECT PURCHASER MITSUBISHI ELECTRIC SETTLEMENT CLASS

1. FORD MOTOR COMPANY and all of its wholly-owned divisions, subsidiaries and affiliates

2. GENERAL MOTORS LLC, GENERAL MOTORS COMPANY, GENERAL MOTORS HOLDINGS LLC and all their subsidiaries (in which General Motors LLC directly or indirectly owns 50% or more of the voting rights) and majority-owned affiliates

3. SUBARU CORPORATION, F/K/A FUJI HEAVY INDUSTRIES LTD. and all of its subsidiaries, with the exception of Subaru of Indiana Automotive, Inc.

4. SUBARU OF AMERICA, INC.

5. SUZUKI MOTORS OF AMERICA, INC. and affiliates and MAGYAR SUZUKI CORPORATION

6. HONDA
   - American Honda Motor Co., Inc.
   - Honda of America Mfg., Inc.
   - Honda Mfg. of Indiana, LLC
   - Honda Mfg. of Alabama, LLC
   - Honda R&D Americas, Inc.

{00190359 }