# EXHIBIT 3

# EXHIBIT 3

## AUTOMOTIVE PARTS ANTITRUST LITIGATION, 12-MD-02311, <u>WIRE HARNESS PRODUCTS, 2:12-CV-00101-MOB-MKM</u>

REQUESTS FOR EXCLUSION FROM THE DIRECT
<u>PURCHASER FURUKAWA SETTLEMENT CLASS</u>

1. SUBARU CORPORATION, F/K/A FUJI HEAVY INDUSTRIES LTD. and all of its subsidiaries, with the exception of Subaru of Indiana Automotive, Inc.

2. SUBARU OF AMERICA, INC.

3. SUBARU OF INDIANA AUTOMOTIVE, INC.

4. HONDA
    - American Honda Motor Co., Inc.
    - Honda of America Mfg., Inc.
    - Honda Mfg. of Indiana, LLC
    - Honda Mfg. of Alabama, LLC
    - Honda of Canada Mfg.
    - Honda R&D Co., Ltd.
    - Honda R&D Americas, Inc.
    - Honda Trading America Corp.

{00190144 }