# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS SYSTEMS | Case No. 2:12-cv-00101 |
| THIS DOCUMENT RELATES TO:<br>ALL DIRECT PURCHASER ACTIONS | |

## ORDER GRANTING JOINT MOTION TO STAY ALL PROCEEDINGS BETWEEN DIRECT PURCHASER PLAINTIFFS AND DENSO

Upon consideration of the Joint Motion to Stay All Proceedings Between Direct Purchaser Plaintiffs and Defendants DENSO Corporation and DENSO International America, Inc., it is hereby ORDERED that the Motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

Date: November 5, 2018

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge